IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> DEMETRIOS A. BOUTRIS, in his official capacity as Commissioner of the California Department of Corporations, <br><br>  Defendant. | 2:03-cv-00157-GEB-JFM <br><br> <u>ORDER SETTING STATUS CONFERENCE</u> |
| NATIONAL CITY BANK OF INDIANA and NATIONAL CITY MORTGAGE CO., <br><br>  Plaintiffs, <br><br>  v. <br><br> DEMETRIOS A. BOUTRIS, in his official capacity as Commissioner of the California Department of Corporations, <br><br>  Defendant. | 2:03-cv-00655-GEB-JFM |

     A status hearing is scheduled in these actions on October 3, 2005, at 9:00 a.m.  The parties are required to file a joint status report no later than September 26, 2005, in which language is proposed which modifies the permanent injunction in accordance with the Ninth

1

Circuit's remand decision.[1]  Further, the parties are to discuss whether further proceedings are necessary, and if further proceedings are required, a proposed schedule shall be given for those proceedings.

IT IS SO ORDERED.

Dated:  September 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.