| | |
|---|---|
| RICHARD A. JONES (CA Bar 135248) <br> COVINGTON & BURLING <br> One Front Street <br> San Francisco, California 94111 <br> Telephone: (415) 591-6000 <br> Fax: (415) 591-6091 | JUDY L. HARTLEY (CA Bar 110628) <br> DEPARTMENT OF CORPORATIONS <br> State of California <br> 320 West 4th Street, Ste.750 <br> Los Angeles, California 90013-2344 <br> Telephone: (213) 576-7604 <br> Fax: (213) 576-7181 |
| E. EDWARD BRUCE (*pro hac vice*) <br> STUART C. STOCK (*pro hac vice*) <br> ROBERT A. LONG (*pro hac vice*) <br> KEITH A. NOREIKA (*pro hac vice*) <br> COVINGTON & BURLING <br> 1201 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20004 <br> Telephone: (202) 662-6000 <br> Fax: (202) 662-6291 | DOUGLAS GOODING (CA Bar 083518) <br> DEPARTMENT OF CORPORATIONS <br> State of California <br> 7 Stevenson Street, Suite 2100 <br> San Francisco, California 94105 <br> Telephone: (415) 972-8548 <br> Fax: (415) 972-8571 <br><br> Attorneys for Defendant |
| MICHAEL J. STEINER (CA Bar 112079) <br> SEVERSON & WERSON, <br> A Professional Corporation <br> One Embarcadero Center, Suite 2600 <br> San Francisco, California 94111 <br> Telephone: (415) 398-3344 <br> Fax: (415) 956-0439 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., and <br> WELLS FARGO HOME MORTGAGE, INC., <br><br> Plaintiffs, <br><br> versus <br><br> DEMETRIOS A. BOUTRIS, <br> in his official capacity as Commissioner of <br> the California Department of Corporations, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) 2:03-cv-00157-GEB-JFM <br> ) <br> ) **[PROPOSED] FINAL JUDGMENT** <br> ) **AND PERMANENT INJUNCTION** <br> ) <br> ) <br> ) <br> ) <br> ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Judgment is entered permanently enjoining the Commissioner and agents acting on behalf of the Commissioner from exercising visitorial powers over plaintiffs; further, judgment is entered in favor of plaintiffs on their Supremacy Clause preemption claims under the National Bank Act and its implementing regulations and in favor of the Commissioner on plaintiffs' Depository Institutions Deregulation and Monetary Control Act of 1980, retaliation, 42 U.S.C. § 1983 and 42 U.S.C. § 1988 claims.

IT IS SO ORDERED.

Dated: September 23, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge